In the Matter of the Accounting of ELWOOD C. WAGNER, as Administrator of the Estate of STANLEY MALYSIAK, Deceased, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.—

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.